The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DAKOTA ROBERTS and DAWN MARIE HACKER, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIDWELL AIR FREIGHT, INC. and DHL EXPRESS (USA) INC., d/b/a DHL EXPRESS,<br><br>Defendants. | No. 3:21-cv-05912-BHS<br><br>DHL'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION<br><br>NOTE ON MOTION CALENDAR: AUGUST 8, 2022 |

Defendant DHL EXPRESS (USA) INC. ("DHL") hereby files its Amended Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Conditional Certification and would show as follows:

1. Plaintiffs filed their Motion for Conditional Certification and Judicial Notice and Equitable Tolling ("Plaintiffs' Motion") on July 15, 2022.

2. DHL's Response to Plaintiffs' Motion is due on August 8, 2022.

UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO PLAINTIFF'S
MOTION FOR CONDITIONAL CERTIFICATION
[NO. 3:21-CV-05912-BHS] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

85836021v.1

3. DHL previously filed its Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Conditional Certification on August 3, 2022 (Dkt. #33). DHL now files this amended motion to include the date to be noted for consideration.

4. Plaintiffs' counsel is unopposed to the relief requested in this motion.

Dated this 8th day of August, 2022.

Respectfully submitted,

By: *s/ Linda C. Schoonmaker*
Linda C. Schoonmaker (pro hac vice)
Texas Bar No. 17806300
SEYFARTH SHAW LLP
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
Email: lschoonmaker@seyfarth.com

*s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
999 Third Avenue, Suite 4700
Seattle, Washington 98104
Phone: (206) 946-4910
Email: aescobar@seyfarth.com

**ATTORNEY FOR DEFENDANT
DHL EXPRESS (USA) INC.**

**CERTIFICATE OF CONFERENCE**

I, Linda C. Schoonmaker, hereby certify that on August 2, 2022, I conferred with Plaintiffs' counsel, Camille Fundora Rodriguez, regarding this motion and she is unopposed to this motion.

*s/ Linda C. Schoonmaker*
Linda C. Schoonmaker

UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO PLAINTIFF'S
MOTION FOR CONDITIONAL CERTIFICATION
[NO. 3:21-CV-05912-BHS] - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

85836021v.1