THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAKOTA ROBERTS and DAWN MARIE HACKER, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIDWELL AIR FREIGHT, INC, and DHL EXPRESS (USA) INC., d/b/a DHL EXPRESS,<br><br>Defendants. | Case No.: 3:21-cv-05912-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |

THIS MATTER came before the Court on Stipulated Motion for Leave to File Over-Length Brief. The Court has reviewed the parties' motion and hereby orders that the Stipulated Motion for Leave to File Over-Length Brief is GRANTED. Plaintiffs may file a single reply brief in support of their motion for conditional certification (Dkt. No. 30) that is no more than 18 pages in length.

IT IS SO ORDERED.

DATED this 19th day of August, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND THE
DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE
AND EQUITABLE TOLLING- 1
Case No.: 3:21-cv-05912-BHS

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Presented by:

2  TERRELL MARSHALL LAW GROUP PLLC

3  
4  By: /s/Jennifer Rust Murray, WSBA #36983
     Toby J. Marshall, WSBA #32726
5       Email: tmarshall@terrellmarshall.com
     Jennifer Rust Murray, WSBA #36983
6       Email: jmurray@terrellmarshall.com
     Ryan Tack-Hooper, WSBA #56423
7       Email: ryan@terrellmarshall.com
     936 North 34th Street, Suite 300
8       Seattle, Washington 98103
9       Telephone: (206) 816-6603

10      Camille Fundora Rodriguez, *Admitted Pro Hac Vice*
11      Email: crodriguez@bm.net
     Alexandra K. Piazza, *Admitted Pro Hac Vice*
12      Email: apiazza@bm.net
     Reginald Streater, *Admitted Pro Hac Vice*
13      Email: rstreater@bm.net
14      BERGER MONTAGUE PC
     1818 Market Street, Suite 3600
15      Philadelphia, PA 19103
     Telephone: (215) 875-3000
16

17 *Attorneys for Plaintiffs and the Proposed Collective and Class*

18 RANDALL K. EDWARDS PLLC

19 
By: /s/Randall K. Edwards
20      Randall K. Edwards, *Admitted Pro Hac Vice*
     Email: randall@randallkedwards.com
21      70 N Main St, Ste 105
22      Bountiful, Utah 84010
     Telephone: (801) 328-0300
23      Facsimile: (801) 328-4822

24

25

26

27 ORDER GRANTING STIPULATED MOTION TO EXTEND THE
DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE
AND EQUITABLE TOLLING- 2
Case No.: 3:21-cv-05912-BHS

1
2
3
4

Maggie Diefenbach, WSBA #31176
Email: mdiefenbach@gth-law.com
GORDON THOMAS HONEYWELL
520 Pike St, Ste 2350
Seattle, Washington 98101
Telephone: (206) 676-7533

5  *Attorneys for Sidwell Air Freight Inc*

6  SEYFARTH SHAW LLP

7
8
9
10

By: /s/Andrew Ramiro Escobar
    Andrew Ramiro Escobar, WSBA #42793
    Email: aescobar@seyfarth.com
    999 Third Ave, Ste 4700
    Seattle, Washington 98104
    Telephone: (206) 946-4910

11
12
13
14
15

    Linda C Schoonmaker, *Admitted Pro Hac Vice*
    Email: lschoonmaker@seyfarth.com
    SEYFARTH SHAW LLP
    700 Milam Street, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 860-0083
    Facsimile: (713) 821-0656

16  *Attorneys for DHL Express (USA), Inc.*

17
18
19
20
21
22
23
24
25
26
27

ORDER GRANTING STIPULATED MOTION TO EXTEND THE
DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE
AND EQUITABLE TOLLING- 3
Case No.: 3:21-cv-05912-BHS