UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DAKOTA ROBERTS and DAWN MARIE HACKER, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIDWELL AIR FREIGHT, INC, and DHL EXPRESS (USA) INC., d/b/a DHL EXPRESS,<br><br>Defendants. | Case No.: 3:21-cv-05912-BHS<br><br>ORDER GRANTING MOTION FOR LEAVE FOR GORDON THOMAS HONEYWELL LLP TO WITHDRAW AS ATTORNEYS FOR PLAINTIFFS |

The Court has considered Gordon Thomas Honeywell LLP's motion for leave to withdraw as attorneys for Defendant Sidwell Air Freight, Inc. and for Tandem Law, PLLC to substitute as counsel. The Court finds that the conditions under Local Civil Rule 83.2(b)(1) have been met.

//

//

ORDER ON MOTION FOR
WITHDRAWAL - 1 of 2

CASE NO. 3:21-cv-05912-BHS

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98401
(253) 620-6500 - FACSIMILE (253) 620-6565

4884-4812-8339, v. 1

THEREFORE IT IS ORDERED that Gordon Thomas Honeywell LLP's motion for leave to withdraw as attorneys for Defendant Sidwell Air Freight, Inc. is **GRANTED**. Tandem Law shall enter shall enter a notice of appearance on behalf of Defendant Sidwell Air Freight, Inc.

Dated this 30th day of March, 2023.

_____
Benjamin H. Settle
US DISTRICT COURT JUDGE

Presented By:

By _____
Maggie Diefenbach, WSBA No. 31176
Attorneys for Sidwell Air Freight, Inc.

ORDER ON MOTION FOR
WITHDRAWAL - 2 of 2

CASE NO. 3:21-cv-05912-BHS

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98401
(253) 620-6500 - FACSIMILE (253) 620-6565

4884-4812-8339, v. 1