UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAKOTA ROBERTS, et al., | CASE NO. C21-5912 BHS |
| Plaintiffs, | ORDER |
| v. | |
| SIDWELL AIR FREIGHT, INC. and DHL EXPRESS (USA), INC., | |
| Defendants. | |

This matter comes before the Court on its own motion. The parties requested that the Court wait to set case management deadlines and a trial date until after it dealt with Plaintiffs Dakota Roberts and Dawn Marie Hacker's Motion for Conditional Certification, Dkt. 30. Dkt. 29 at 5. The Court has since ruled on that motion, Plaintiffs have filed numerous consents to join the action, and the opt-in deadline has passed.

The Court therefore **ORDERS** the parties to file an updated **JOINT STATUS REPORT** that includes a proposed trial date and case management schedule by **Friday, June 2, 2023**.

//

ORDER - 1

Dated this 16th day of May, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2