The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DAKOTA ROBERTS and DAWN MARIE HACKER, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SIDWELL AIR FREIGHT, INC, and DHL EXPRESS (USA) INC., d/b/a DHL EXPRESS,<br><br>Defendants. | No. 3:21-cv-05912-TMC<br><br>ORDER ON STIPULATED MOTION AND PROPOSED ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE **AND AMENDED CASE SCHEDULE** |

Before the Court is the parties' Stipulated Motion and [Proposed] Order Setting Class Certification Briefing Schedule. Dkt. 67. The Court adopts the parties' proposed deadlines but finds that the trial date and additional pretrial deadlines should also be modified. Therefore, the Court orders the following amended case schedule:

| | |
|---|---|
| Plaintiffs file their motion for class certification | April 12, 2024 |
| Defendants file their class certification response | May 10, 2024 |
| Plaintiffs file their class certification reply | May 24, 2024 |
| Defendants file their motion to decertify | August 30, 2024 |
| Plaintiffs file their decertification response | September 20, 2024 |
| Defendants' file their decertification reply | September 27, 2024 |
| Dispositive Motion Deadline | November 1, 2024 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | January 27, 2025 |
| Agreed pretrial order filed with the Court by | February 10, 2025 |

ORDER ON STIPULATED MOTION AND
AMENDED SCHEDULING ORDER – 1

| | |
|---|---|
| Pretrial conference will be held at 01:30 PM on | February 18, 2025 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | February 10, 2025 |
| FIVE DAYS JURY TRIAL set for 09:00 AM | March 3, 2025 |

Dated this 20th day of October 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

ORDER ON STIPULATED MOTION AND
AMENDED SCHEDULING ORDER – 2