THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAKOTA ROBERTS and DAWN MARIE HACKER, individually and on behalf of all persons similarly situated,

Plaintiffs,

v.

SIDWELL AIR FREIGHT, INC, and DHL EXPRESS (USA) INC., d/b/a DHL EXPRESS,

Defendants.

NO. 3:21-cv-05912-TMC

**STIPULATED MOTION AND ORDER EXTENDING CLASS CERTIFICATION BRIEFING SCHEDULE**

<u>**NOTED FOR CONSIDERATION:**</u>
**JANUARY 24, 2024**

### I.   STIPULATION

1.   This is a collective and proposed action wage and hour lawsuit filed by Plaintiffs Dakota Roberts and Dawn Marie Hacker against Defendants Sidwell Air Freight, Inc. and DHL Express USA Inc., d/b/a DHL Express.

2.   The Court granted Plaintiffs' motion for conditional certification of a collective action under the FLSA, notice was sent to the collective, and 47 individuals opted in.

3.   The parties initially proposed that Plaintiffs file their motion for class certification of their state law claims under Federal Rule of Civil Procedure 23 on November 3, 2023. ECF No. 63 ¶ 5(F).

4.   On October 17, 2023, the parties submitted a Stipulated Motion and Proposed Order Setting Class Certification Briefing Schedule in which the parties requested the Court enter

STIPULATED MOTION AND ORDER EXTENDING CLASS
CERTIFICATION BRIEFING SCHEDULE - 1
Case No. 3:21-cv-05912-TMC

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

a class certification briefing schedule that would allow additional time for the parties to engage in settlement negotiations and to complete discovery. ECF No. 67.

5.  On October 20, 2023, the Court entered its Order on Stipulated Motion and Proposed Order Setting Class Certification Briefing Schedule and Amended Case Schedule, which set an April 12, 2024 deadline for Plaintiffs to file their motion for class certification. ECF No. 68.

6.  The parties have agreed to a date for mediation, February 27, 2024, and a mediator, Dennis A. Clifford, Esq.

7.  To allow time for the parties to focus on their mediation efforts, and to give the parties time to conduct full discovery should the mediation be unsuccessful, the parties respectfully request an extension of time for Plaintiffs to file their motion for class certification, as follows:

| | |
|---|---|
| Plaintiffs file their motion for class certification: | August 30, 2024 |
| Defendants file their class certification response: | September 20, 2024 |
| Plaintiffs file their class certification reply: | September 27, 2024 |

8.  The proposed revised schedule aligns the class certification and decertification briefing schedules, and will not affect any other deadline, including the date for the close of discovery, or the March 3, 2025 trial date.

STIPULATED TO AND DATED this 24th day of January, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Ryan Tack-Hooper, WSBA #56423
    Email: ryan@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

STIPULATED MOTION AND ORDER EXTENDING CLASS
CERTIFICATION BRIEFING SCHEDULE - 2
Case No. 3:21-cv-05912-TMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

|   |   |
|---|---|
| 1 | BERGER MONTAGUE PC |
| 2 |  |
| 3 | Camille Fundora Rodriguez, *Admitted Pro Hac Vice* |
|   | Email: crodriguez@bm.net |
| 4 | Alexandra K. Piazza, *Admitted Pro Hac Vice* |
|   | Email: apiazza@bm.net |
| 5 | Mariyam Hussain, *Admitted Pro Hac Vice* |
|   | Email: mhussain@bm.net |
| 6 | 1818 Market Street, Suite 3600 |
| 7 | Philadelphia, PA 19103 |
|   | Telephone: (215) 875-3000 |
| 8 | Facsimile: (215) 875-4620 |

*Attorneys for Plaintiffs and the Proposed Collective and Class*

GORDON THOMAS HONEYWELL LLP

By: */s/ Randall K. Edwards*
Randall K. Edwards, *Admitted Pro Hac Vice*
RANDALL K. EDWARDS, PLLC
P.O. Box 129
Bountiful, Utah 84011
Telephone: (801) 328-0300
Email: randall@randallkedwards.com

Maggie Diefenbach, WSBA #31176
1201 Pacific Avenue, Suite 2100
Tacoma, Washington 98401
Telephone: (253) 620-6500
Facsimile: (253) 620-6565

*Attorneys for Defendant Sidwell Air Freight, Inc.*

SEYFARTH SHAW LLP

By: */s/ Linda C. Schoonmaker*
Linda C. Schoonmaker, *Admitted Pro Hac Vice*
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
Email: lschoonmaker@seyfarth.com

---

STIPULATED MOTION AND ORDER EXTENDING CLASS
CERTIFICATION BRIEFING SCHEDULE - 3
Case No. 3:21-cv-05912-TMC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4  Andrew R. Escobar, WSBA #42793
   999 Third Avenue, Suite 4700
   Seattle, Washington 98104
   Phone: (206) 946-4910
   Email: aescobar@seyfarth.com

5  *Attorneys for Defendant DHL Express (USA) Inc.*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION AND ORDER EXTENDING CLASS
CERTIFICATION BRIEFING SCHEDULE - 4
Case No. 3:21-cv-05912-TMC

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**II.  ORDER**

IT IS SO ORDERED.

DATED this 24th day of January, 2024.

Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING CLASS CERTIFICATION BRIEFING SCHEDULE - 5
Case No. 3:21-cv-05912-TMC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com