THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAKOTA ROBERTS and DAWN MARIE HACKER, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIDWELL AIR FREIGHT, INC, and DHL EXPRESS (USA) INC., d/b/a DHL EXPRESS,<br><br>Defendants. | NO. 3:21-cv-05912-TMC<br><br>**STIPULATED MOTION AND ORDER FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br><u>NOTED FOR CONSIDERATION:</u><br>MAY 17, 2024 |

### I.  STIPULATION

1. The parties have reached a settlement in this wage and hour lawsuit and intend to file a motion for approval of the settlement under the Fair Labor Standards Act, 29 U.S.C. § 216.

2. The local rules of this district provide that motions to certify a settlement class may contain up to 8,400 words, but do not specify a word limit for motions to certify an FLSA settlement collective, leaving open the possibility that such motions—though similar—may be subject to the lower 4,200-word limit. *See* LCR 7(e).

3. The parties therefore move to apply the 8,400-word limit to the forthcoming motion for approval of FLSA settlement.

4. As drafted, the motion contains 6,576 words.

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT- 1
Case No. 3:21-cv-05912-TMC

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

STIPULATED TO AND DATED this 17th day of May, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | RANDALL K. EDWARDS, PLLC |
|---|---|
| By: */s/ Jennifer Rust Murray* <br> Toby J. Marshall, WSBA #32726 <br> Email: tmarshall@terrellmarshall.com <br> Jennifer Rust Murray, WSBA #36983 <br> Email: jmurray@terrellmarshall.com <br> Ryan Tack-Hooper, WSBA #56423 <br> Email: ryan@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103 <br> Telephone: (206) 816-6603 <br><br> Camille Fundora Rodriguez, *Admitted PHV* <br> Email: crodriguez@bm.net <br> Alexandra K. Piazza, *Admitted PHV* <br> Email: apiazza@bm.net <br> Mariyam Hussain, *Admitted PHV* <br> Email: mhussain@bm.net <br> BERGER MONTAGUE PC <br> 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> Telephone: (215) 875-3000 <br><br> *Attorneys for Plaintiffs and the Proposed Collective and Class* | By: */s/ Randall K. Edwards* <br> Randall K. Edwards, *Admitted PHV* <br> Email: randall@randallkedwards.com <br> P.O. Box 129 <br> Bountiful, Utah 84011 <br> Telephone: (801) 328-0300 <br><br> Maggie Diefenbach, WSBA #31176 <br> Email: maggie@tandem-law.com <br> TANDEM LAW <br> 1201 Pacific Avenue, Suite 2100 <br> Tacoma, Washington 98401 <br> Telephone: (253) 620-6500 <br><br> *Attorneys for Defendant Sidwell Air Freight, Inc.* <br><br> SEYFARTH SHAW LLP <br><br> By: */s/ Linda C. Schoonmaker* <br> Linda C. Schoonmaker, *Admitted PHV* <br> Email: lschoonmaker@seyfarth.com <br> 700 Milam, Suite 1400 <br> Houston, Texas 77002 <br> Telephone: (713) 225-2300 <br><br> Andrew R. Escobar, WSBA #42793 <br> 999 Third Avenue, Suite 4700 <br> Seattle, Washington 98104 <br> Phone: (206) 946-4910 <br> Email: aescobar@seyfarth.com <br><br> *Attorneys for Defendant DHL Express (USA) Inc.* |

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT- 2
Case No. 3:21-cv-05912-TMC

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**II.     ORDER**

IT IS SO ORDERED.

DATED this 17th day of May, 2024.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION AND ORDER FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT- 3
Case No. 3:21-cv-05912-TMC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com