## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAKOTA ROBERTS; DAWN MARIE HACKER; HEATHER MADSEN<br><br>     Plaintiffs,<br><br> v.<br><br>SIDWELL AIR FREIGHT INC; DHL EXPRESS (USA) INC, d/b/a DHL Express<br><br>     Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:21-cv-05912 |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 In accordance with the terms of the settlement approved by the Court, the case is dismissed with prejudice.

 Dated August 5, 2024.

                <u>Ravi Subramanian</u>
                Clerk of Court

                <u>/s/Tajma Eaton</u>
                Deputy Clerk